PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 97-6365

D.C. Docket Nos. CV 95-8005 & cv
CR 90-266

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
12/03/99
THOMAS K. KAHN
CLERK**

DAVID RONALD CHANDLER ,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(December 3, 1999)**
(Opinion October 29, 1999, 193 F.3d 1297, 11th Cir., 1999)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, BARKETT, HULL, MARCUS and WILSON, Circuit Judges*.

B Y  T H E  C O U R T :

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

_____

*Judge Ed Carnes has recused himself and will not participate.